Order issued November    , 2012

005094



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00404-CR

**SHANTAVIA PATRICE BELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the Criminal District Court
### Dallas County, Texas
### Trial Court Cause No. F12-13531-H

## ORDER
Before Justices Moseley, Francis, and Lang

Based on the Court's opinion of this date, we **GRANT** the August 10, 2012 motion of Julie Woods for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Julie Woods as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Shantavia Patrice Bell, No. 1785651, Crain Unit, 1401 State School Road, Gatesville, Texas, 65999-2999.

/s/ Molly Francis

MOLLY FRANCIS
JUSTICE
